# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

*Amended*

## CIVIL RIGHTS COMPLAINT FORM FOR
## <u>PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER</u>
## <u>28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983</u>

Richard B. "Rick",

Spinnenweber, and,

Chris Spinnenweber,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Case No.:** 4:18 cv 515-RH/CAS
*(To be filled in by the Clerk's Office)*

v.

SEE ATTACHED,

_____,

**Jury Trial Requested?**
☑ YES   ☐ NO

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

_____ /

FILED USDC FLND TL
JAN 22 '19 PM2:47

ATTACHED TO PAGE 1

BILL BULLOCK
DAN WILLIAMS
LOGAN WILCOX
DORIAN BRADLEY

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

  1. Plaintiff's Name: *Richard B. "Rick" Spinnenweber*

     Address: *346 KOA RD*

     _____

     City, State, and Zip Code: *Monticello FL 32344*

     Telephone: _____ *(Home)* *850 210-4133 (Cell)*

  2. Plaintiff's Name: *Chris Spinnenweber*

     Address: *346 KOA RD 191 PineView RD*

     _____

     City, State, and Zip Code: *Monticello FL 32344*

     Telephone: _____ *(Home)* *850 321·5060 (Cell)*

     *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

   State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.   Do this for *every* Defendant:

1. Defendant's Name: _Bill Bullock_

   Official Position: _Chief Deputy_

   Employed at: _Jefferson County Sheriff_

   Mailing Address: _171 Industrial Park_

   _Monticello FL 32344_

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: _Dan Williams_

   Official Position: _Detective_

   Employed at: _Jefferson County Sheriff_

   Mailing Address: _171 Industrial Park_

   _Monticello FL 32344_

   ☑ Sued in Individual Capacity          ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

3. Defendant's Name: _LOGAN WILCOX_

Official Position: _SERGEANT_

Employed at: _JEFFERSON COUNTY SHERIFF_

Mailing Address: _171 INDUSTRIAL PARK_

_MONTICELLO FL 32344_

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

4. Defendant's Name: _DORIAN BRADLEY_

Official Position: _DEPUTY_

Employed at: _JEFFERSON COUNTY SHERIFF_

Mailing Address: _171 INDUSTRIAL PARK_

_MONTICELLO FL 32344_

☑ Sued in Individual Capacity        ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

~~☑ Federal Officials~~ (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum*.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

1. ACCORDING TO THE MIAMI HERALD, JEFFERSON COUNTY IS THE ONLY COUNTY IN THE STATE OF FLORIDA WITH NO STOP LIGHTS. IT'S A SMALL COMMUNITY THE SPINNENWEBER'S HAVE BEEN PART OF SINCE 1995. THEY HAVE BEEN FLORIDA RESIDENTS SINCE 1965, BEFORE HURRICANE BETSY.

2. HOSPITALITY IS THE INDUSTRY THE SPINNENWEBER'S

**Factual Allegations, Continued** *(Page __1__ of __6__ )*

REPRESENT, OWNING TWO CAMPGROUNDS PROVIDING RV SITES, & STORAGE SPOTS. THEY ALSO OWN A MOBILE HOME PARK, AND SEVERAL SMALLER PROPERTIES, ALL IN JEFFERSON COUNTY. THE COUNTY KNOWS THE APPRAISED VALUE OF ALL THESE PROPERTIES.

3. A GUEST OF THE SPINNENWEBER'S LEFT A VEHICLE BEHIND AT THE MAIN CAMPGROUND, AND LEFT THEM WITH THE KEY TO THAT VEHICLE.

4. FIVE MONTHS LATER THE GUEST RETURNED. THE SPINNENWEBER'S REQUESTED A FEE FROM THE GUEST, FOR STORAGE OF THE VEHICLE.

5. SUNDAY, NOVEMBER 2, 2014 IN THE AFTERNOON. DEPUTY MATTHEWS ARRIVES AT OUR OFFICE, OPEN 8-7 EVERYDAY, AT THE MAIN CAMPGROUND. IT'S A YELLOW ROOF A-FRAME BUILDING YOU CAN SEE FROM INTERSTATE 10 AT MILE MARKER 223.

6. RICK SPINNENWEBER IS AT THE FRONT DESK AND EXPLAINS STATEMENT #4 TO DEPUTY MATTHEWS. AND THOUGH HE WAS STANDING IN OUR PLACE OF BUSINESS, DEPUTY MATTHEWS DIDN'T UNDERSTAND STATEMENT #4.

**Factual Allegations, Continued** *(Page 2 of 6 )*

7. RICK SPINNENWEBER ASKS DEPUTY MATTHEWS TO TALK TO HIS SUPERVISOR.

8. DEPUTY MATTHEWS LEAVES CAMPGROUND IN HIS CAR AT A HIGH RATE OF SPEED.

9. RICK SPINNENWEBER CALLS SHERIFF'S OFFICE AND IS TOLD NO ONE IS THERE; HE LEAVES A MESSAGE.

10. MONDAY, NOVEMBER 3, 2014 IN THE MORNING, RICK SPINNENWEBER CALLS SHERIFF HOBBS. THE SHERIFF IS NOT IN, SO HE LEAVES A MESSAGE, AND RECEIVES NO RESPONSE.

11. TUESDAY, NOVEMBER 4, 2014 SAME AS ABOVE.

12. WEDNESDAY, NOVEMBER 5, 2014 SAME AS ABOVE.

13. THURSDAY, NOVEMBER 6, 2014 AROUND NOON, TWO WHITE SUV'S WITH BLACK TINTED WINDOWS ARRIVE AT MAIN CAMPGROUND.

14. RICK SPINNENWEBER CALLS SHERIFF HOBBS. CHIEF DEPUTY BILL BULLOCK COMES ON THE LINE. RICK INQUIRES WHAT'S GOING ON? CHIEF DEPUTY BULLOCK RESPONDS," I DON'T LIKE BEING TALKED DOWN TO." RICK DOESN'T UNDERSTAND.

15. DETECTIVE WILLIAMS & DETECTIVE KNECHT WALK IN TO THE OFFICE AND UP TO THE FRONT DESK WITH GUEST.

**Factual Allegations, Continued** *(Page 3 of 6 )*

16. DETECTIVES INSTRUCT GUEST TO PAY FEE.

17. GUEST PAYS FEE AND HAS VEHICLE REMOVED.

18. WEDNESDAY, NOVEMBER 12, 2014, AROUND EIGHT O'CLOCK AT NIGHT, TWO PATROL CARS SHOW UP AT SPINNENWEBER'S RESIDENCE AT THE MAIN CAMPGROUND.

19. DEPUTY WILCOX & DEPUTY BRADLEY STEP FROM THEIR CARS AND INFORM SPINNENWEBER'S THEY ARE ALL UNDER ARREST, EXCEPT MRS. SPINNENWEBER.

20. CHRIS SPINNENWEBER TELLS WILCOX & BRADLEY WE WILL COME TO THE SHERIFF'S OFFICE ON OUR OWN, ESPECIALLY BECAUSE OUR DAD WAS IN HIS EIGHTIES.

21. WILCOX & BRADLEY MAKE A CALL, THE REQUEST IS DENIED.

22. SPINNENWEBER'S CALL COUNTY COMMISSIONER HINES BOYD.

23. WHILE THE COMMISSIONER WAS ON SPEAKERPHONE TALKING TO WILCOX & BRADLEY, BRADLEY GOES 'COMMANDO' WITH WILCOX RIGHT BEHIND BRADLEY

24. RICK SPINNENWEBER WATCHES BRADLEY & WILCOX BEAT DOWN HIS DAD.

25. IN THE TIME FOLLOWING, THE SPINNENWEBER FAMILY OBSERVED DICK SPINNENWEBER'S LOSS OF TWO TEETH

**Factual Allegations, Continued** *(Page  4  of  6  )*

FROM THE BEAT DOWN; AND THE LOSS OF THE FULL USE

OF HIS LEFT SHOULDER FROM THE BEAT DOWN. DICK

SPINNENWEBER DIED SUDDENLY AUGUST 20, 2017.

HE DIDN'T WAKE UP THAT SUNDAY MORNING. HE

WASN'T A COMPLAINER.

26. WILCOX PUTS CHRIS SPINNENWEBER IN HIS PATROL CAR.

27. WILCOX DRIVES IN THE OPPOSITE DIRECTION OF THE SHERIFF'S

OFFICE, CROSSING OVER STATE ROAD 27, EVENTUALLY PULLING

IN A DRIVEWAY AND SITTING.

28. CHRIS SPINNENWEBER FEARS FOR HIS LIFE.

29. THE SPINNENWEBER'S ARE AWARE OF FLORIDA'S MONROE

COUNTY SHERIFF'S OFFICE HISTORY.

30. BRADLEY PUTS DICK & RICK SPINNENWEBER IN HIS CAR.

31. UPON THEIR ARRIVAL AT THE SHERIFF'S OFFICE DICK

SPINNENWEBER HAS A HEART ATTACK AND IS BROUGHT

TO THE HOSPITAL.

32. DETECTIVE WILLIAMS USED A MATERIAL OMISSION TO

GET HIS PROBABLE CAUSE AFFIDAVIT. HE FAILS TO MENTION

HE WAS INSTRUMENTAL IN SPINNENWEBER'S GUEST'S

FINAL TRANSACTION.

**Factual Allegations, Continued** *(Page 5 of 6 )*

33. SPINNENWEBER'S HAD DEALT WITH WILLIAMS IN THE PAST.

34. WHEN DET. WILLIAMS WAS STILL A DEPUTY THE SPINNENWEBER'S EVICTED A TENANT AT THEIR MOBILE HOME PARK.

35. DEPUTY WILLIAMS RESPONDED TO THE PARK.

36. WHEN CHRIS SPINNENWEBER SHOWED DEPUTY WILLIAMS THE FILE, WILLIAMS KNOCKED IT FROM CHRIS' HAND AND THE PAPERS FELL ON THE GROUND. WILLIAMS THEN BEGAN YELLING.

37. SO DISTURBED BY THE STORY MRS. SPINNENWEBER VISITED SHERIFF HOBBS, HIMSELF, IN HIS OFFICE. AFTER THEY FINISHED TALKING, SHERIFF HOBBS GAVE HER A HUG.

38. THE ORIGINAL PROSECUTOR IS REMOVED FROM OFFICE.

39. THE NEW PROSECUTOR, SAYS TO SPINNENWEBER'S ATTORNEY'S, "THESE MEN HAVE NO RECORD."

40. SPINNENWEBER'S ARE NEVER TREATED 'PRESUMED INNOCENT.'

41. SPINNENWEBER'S ARE ALWAYS PLACED AT THE BOTTOM OF THE DOCKET, WITH CONVICTED CRIMINALS GOING FIRST BEFORE THE JUDGE.

42. AFTER SEVERAL MONTHS, THE STATE DISMISSED ITS CHARGES OF GRAND THEFT MOTOR VEHICLE AND RESISTING

**Factual Allegations, Continued** *(Page  6  of  6  )*

ARREST WITHOUT VIOLENCE AGAINST DICK, RICK, & CHRIS
SPINNENWEBER.

43. JULY 2015, A TRIAL WAS HELD ON THE CHARGES OF
BATTERY ON A LAW ENFORCEMENT OFFICER AND RESISTING
ARREST WITH VIOLENCE AGAINST DICK SPINNENWEBER.

44. DICK SPINNENWEBER, WAS FOUND NOT GUILTY ON ALL
CHARGES.

45. TO THIS DATE SPINNENWEBER'S CONTINUE TO FEEL
INTIMIDATED BY PRESENCE OF JEFFERSON COUNTY
SHERIFF OFFICERS ON THEIR PROPERTY.

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

FOURTH AMENDMENT TO THE U.S. CONSTITUTION & 42 U.S.C. § 1983

ABUSE OF PROCESS; FALSE ARREST; MALICIOUS PROSECUTION

THE INDIVIDUAL DEFENDANTS ACTING IN CONCERT

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.



A) THAT THE COURT ASSUME JURISDICTION OVER THIS ACTION;

B) DECLARE THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER

RELIEF REQUESTED

## Factual Allegations, Continued *(Page  1  of  1  )*

THE CONSTITUTION AND LAWS OF THE UNITED

STATES AND STATE OF FLORIDA;

C) COMPENSATORY DAMAGES AGAINST EACH OF

THE DEFENDANTS HEREIN;

D) PUNITIVE DAMAGES AGAINST THE INDIVIDUAL

DEFENDANTS UNDER FEDERAL LAW;

E) ATTORNEY'S FEES PURSUANT TO 42 U.S.C. §§ 1988

AND COSTS;

F) A TRIAL BY JURY ON ALL ISSUES SO TRIABLE;

G) SUCH FURTHER RELIEF AS THE COURT DEEMS

JUST AND PROPER.

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _1/22/19_ Plaintiff's Signature: _____

Printed Name of Plaintiff: _Richard B. 'Rick' Spinnenweber_

Address: _346 Koa Rd_

_Monticello FL 32344_

E-Mail Address: _RSPinnenweber@yahoo.com_

Telephone Number: _FOR RICK   850 210-4133_

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 1/22/19 Plaintiff's Signature: _Chris Spinnenweber_

Printed Name of Plaintiff: _CHRIS SPINNENWEBER_

Address: ~~346 KOA RD~~ 191 PINEVIEW RD

MONTICELLO FL 32344

E-Mail Address: _No_

Telephone Number: _FoR CHRI9   850   321-5060_____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*